

**FILED**

## United States District Court
## Eastern District of California

JUN 2 4 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ **FMN**
            DEPUTY CLERK

| Lucy Ana Aguilera |
| --- |

Plaintiff(s)

Case Number: | 1:26-cv-04732-EPG |

V.

| Frank Bisignano, Comm'r of Soc. Sec. |
| --- |

Defendant(s)

**APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER**

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Lindsey M. Sbrolla _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Lucy Ana Aguilera

On _____ 12/19/2002 _____ (date), I was admitted to practice and presently in good standing in the

_____ Supreme Court of Pennsylvania _____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____ 06/08/2026 _____        Signature of Applicant: /s/ Lindsey M. Sbrolla _____

**Pro Hac Vice Attorney**

Applicant's Name:  Lindsey M. Sbrolla

Law Firm Name:  Osterhout Berger Daley, LLC

Address:  521 Cedar Way, Suite 200

City: Oakmont    State: PA    Zip: 15139

Phone Number w/Area Code: (412) 794-8003

City and State of Residence: Cranberry Township, PA

Primary E-mail Address: lsbrolla@obd.law

Secondary E-mail Address: fdc@obd.law

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:  John D. Metsker

Law Firm Name:  The Metsker Law Firm

Address:  P.O. Box 590881

City: San Francisco    State: CA    Zip: 94159

Phone Number w/Area Code: (866) 342-6180    Bar # 268977

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 6/24/2026

/s/ Erica P. Groj

JUDGE, U.S. DISTRICT COURT



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Lindsey Marie Sbrolla, Esq.*

#### DATE OF ADMISSION

*December 19, 2002*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated:  May 11, 2026

Nicole Traini
Chief Clerk